**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **WARREN HEIDELBERGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-23-167-GLJ** |
| | ) | |
| **ILLINOIS RIVER RANCH** | ) | |
| **RECREATIONAL VEHICLE PARK** | ) | |
| **PROPERTY OWNERS ASSOCIATION,** | ) | |
| **INC., BRANDI PEACE, JIMMY** | ) | |
| **GOWER, MICHELLE HOWELL, JIM** | ) | |
| **MCSPADDEN, AND DOES 1-10** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Opinion and Order entered contemporaneously herewith [Docket No. 58], the Opinion and Order entered on October 30, 2023 [Docket No. 52], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters this judgment remanding this cause to the District Court of Adair County.

**SO ORDERED THIS 22nd day of January, 2024**

GERALD L. JACKSON
United States Magistrate Judge